UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 14-09101 DDP (MANx)                              Dated: January 8, 2015

Title:   MANUEL BENITEZ, an individual -v- PEPSICO, INC., a North Carolina corporation, et al.
===================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

     John A. Chambers                                   None Present
     Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                            None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


     **COUNSEL ARE NOTIFIED** the MOTION TO DISMISS FILED BY DEFENDANT LORENA SOTO (DOCKET NUMBER 8) and the MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT FILED BY PLAINTIFF MANUEL BENITEZ (DOCKET NUMBER 11) set for January 12, 2015 at 10:00 a.m., are hereby taken off calendar, the hearing date vacated and will be decided without oral argument.


MINUTES FORM 11                                                          Initials of Deputy Clerk: JAC
CIVIL -- GEN